# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 24, 2012

144366

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
          Plaintiff-Appellee,

v

                                                  SC: 144366
                                                  COA: 304955
                                                  Wayne CC: 06-011683

CRAIG DION GREEN,
          Defendant-Appellant.

_____/

On order of the Court, the application for leave to appeal the December 8, 2011 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D).

HATHAWAY, J., not participating. Justice Hathaway recuses herself and will not participate in this case as she was the initial presiding trial court judge. See MCR 2.003(B).



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 24, 2012                                         _____
                                                           Clerk

h0716